In the Matter of JAMES J. DUNN, Petitioner, v GREGORY J. KADIEN, Superintendent, Gowanda Correctional Facility, et al., Respondents. [879 NYS2d 777]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Christopher J. Burns, J.], entered January 9, 2009) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Centra, Peradotto, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RENTAS, Appellant. [879 NYS2d 778]—Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered May 22, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Centra, Peradotto, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL E. PAIGE, Appellant. [879 NYS2d 778]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered January 11, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Centra, Peradotto, Green and Gorski, JJ.